IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WENDALL JEFFERSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | CIVIL ACTION NO.<br>3:17cv672-MHT<br>(WO) |

OPINION

Petitioner, a federal inmate, filed a "Motion to Revisit Sentence Pursuant to the 'Holloway Doctrine'" (doc. no. 2), seeking a court order for the government to consider voluntarily reducing his sentence. This case is now before the court on the recommendation of the United States Magistrate Judge that petitioner's motion be denied, and that to the extent the motion may be construed as a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, it be dismissed for lack of jurisdiction because the required permission has not been obtained from the Eleventh Circuit Court of Appeals. There are no objections to

the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of March, 2020.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**